IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. PHELON,

          Petitioner,           No. CIV S-04-0857 DFL KJM P

   vs.

TOM L. CAREY,

          Respondent.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  Recently, petitioner filed materials to "supplement" his petition.

        The court requires all applications for writ of habeas corpus be filed on the proper form which is provided by this court.  Petitioner is hereby notified that in order for this court to review his application, he must re-file it on the court's form and complete all sections of the form as explained on the form itself.  Furthermore, although petitioner may submit a separate memorandum in support of his application for relief, the court's application form must contain all relevant claims, and must provide the court with all necessary information.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner's application for writ of habeas corpus is dismissed with leave to

1

amend within thirty days from the date of this order;

2.  Any amended application must be filed on the form employed by this court and must state all claims and prayers for relief on the form.  It must bear the case number assigned to this action and must bear the title "Amended Application"; and

3.  The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

DATED:  May 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
phel0857.115