IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. PHELON,

    Petitioner,                    No. CIV S-04-0857 DFL KJM P

   vs.

TOM L. CAREY,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. On May 12, 2005, the court dismissed petitioner's application for writ of habeas corpus because he had not filed it on the proper form. The court granted petitioner thirty days within which to file his habeas application on the proper form.

        Petitioner has not complied with the May 12, 2005 order. Good cause appearing, petitioner will be granted thirty days within which to comply with the May 12, 2005 order. If petitioner fails to comply with the May 12, 2005 order within thirty days, the court will recommend that this action be dismissed.

        On June 6, 2005, petitioner filed a motion asking that this action be stayed pending the exhaustion of state court remedies with respect to certain claims. This motion will
/////

1 be denied without prejudice to renewal after petitioner files his amended petition. Petitioner is
2 encouraged to review Rhines v. Weber, 544 U.S. 269 (2005), before renewing any request for a
3 stay.
4     In accordance with the above, IT IS HEREBY ORDERED that:
5     1. The Clerk of the Court is directed to send petitioner a copy of the court's form
6 application for writ of habeas corpus under 28 U.S.C. § 2254;
7     2. Within thirty days, petitioner shall file an amended application for writ of
8 habeas corpus utilizing the court's form; and
9     3. Petitioner's June 6, 2005 motion for a stay is denied without prejudice to
10 renewal after petitioner files his amended application for writ of habeas corpus.
11 DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
phel0857.am