IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. PHELON,

    Petitioner,        No. CIV S-04-0857 DFL KJM P

  vs.

TOM L. CAREY,

    Respondent.        FINDINGS AND RECOMMENDATIONS

_____/

        On March 17, 2006, petitioner was given thirty days leave to file an amended application for writ of habeas corpus. Petitioner was warned that failure to file an amended application would result in a recommendation that this action be dismissed. Plaintiff has not complied with the court's March 17, 2006 order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1 | specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 | F.2d 1153 (9th Cir. 1991).
3 | DATED: June 14, 2007.

_____
U.S. MAGISTRATE JUDGE

1
phel0857.fta