## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

<u>  PHELON  </u>  v.  <u>  CAREY  </u>

DATE:  <u>  October 16, 2007  </u>   CASE NO.  <u>  2:04-cv-0857-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
ADOPTING FINDINGS AND RECOMMENDATIONS**

---

      Petitioner Kenneth D. Phelon ("Petitioner"), a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging denial of parole. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On June 15, 2007, Magistrate Judge Kimberly J. Mueller filed Findings and Recommendations (Docket 8) herein, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. Plaintiff did not file objections within the allotted time.

      Inasmuch as the Court concludes the issues before it are based in law, i.e., legal disputes, and in accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, the Court has considered the relevant pleadings filed in this matter, and, noting no objection from Plaintiff, finds the Magistrate's

Findings and Recommendations (Docket 8) to be supported by the record and by proper analysis.

        Accordingly, **IT IS HEREBY ORDERED** that:

        1.  The Findings and Recommendations (Docket 8) filed on June 15, 2007, are adopted in full;

        2.  Plaintiff's Complaint is dismissed without prejudice.  <u>See</u> Fed. R. Civ. P. 41(b).

        **IT IS SO ORDERED.**